LEO STEIN and Others v. FRANKLIN H. KALBFLEISCH COMPANY.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THOMAS C. O'CONNOR v. JULIA S. SMALLWOOD.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOHN C. TOMLINSON v. GEORGE G. MOORE.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FRANCES MIDDLETON, as Administratrix, etc., v. LOUIS SPRECKELS.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

PEKIN RESTAURANT COMPANY, INC., v. PUBLICITY LEASING COMPANY.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

UNITED STATES LIFE INSURANCE AND TRUST COMPANY v. ALBERT E. GALLATIN and Others.— Motion granted.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HOPETON D. A. QUAID and Others, v. BERNARD RATKOWSKY.— Motion denied, without costs.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HARRY H. DURYEA v. LINDSLEY TAPPIN, Impleaded, etc.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FRANCES MIDDLETON, as Administratrix, v. LOUIS SPRECKELS.— Motion granted.    Order to be settled on notice.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the PUBLIC SERVICE COMMISSION v. NEW YORK AND QUEENS GAS COMPANY.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, J..

WILLIAM H. FEASTER v. GORDON L. SCHEFFER.— Motion granted on terms stated in order.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LOUIS JACOBS v. WILLIAM E. WALSH, as Superintendent, etc., and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANTONIO CUOMO v. GIOVANNI LORDI, Impleaded, etc.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WILLIAM K. MOLLISON v. OSCAR L. GUBELMAN and Others.— Application granted.    Order signed.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANNA COLLANDER v. METROPOLITAN LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.